**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: B.G.R. A/K/A    :   No. 821 MAL 2016
A.R., A MINOR    :
   :
   :   Petition for Allowance of Appeal from
PETITION OF: K.C.    :   the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.